# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRITTANY COSTANZA BETTS

VERSUS

BRYAN BRADLEY BETTS

NO.   2024 CW 0607

**AUGUST 23, 2024**

---

In Re:   Kenneth Jones and Lynn Jones, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 158559.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT